UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-21678-CIV-LENARD/O'SULLIVAN

LAURA EGGNATZ, KATRINA GARCIA,
and JULIE MARTIN,
individually, and on behalf of all others similarly situated,

       *Plaintiffs*,

  vs.

KASHI COMPANY, a California
Corporation, and THE KELLOGG
COMPANY, a Michigan Corporation,

       *Defendants.*
_____/

## MEDIATION REPORT IN RESPONSE TO ORDER TO SHOW CAUSE (DKT. 96)

Pursuant to the Court's February 19, 2014 Order Scheduling Mediation (Dkt. 94), I hereby report the following:

1. The Parties participated in mediation on June 4, 2014 with The Honorable J. Richard Haden (Ret.) at JAMS in San Diego, California.

2. The Parties did not reach a settlement.

3. Judge Haden (Ret.) sent aletter to the Court regarding the mediation on June 4, 2014 via U.S. Mail pursuant to the Court's February 19, 2014 Order (Dkt. 94).

Dated: June 20, 2014                                          Respectfully submitted,

                                                                     s/ Howard W. Rubinstein
                                                                     Howard W. Rubinstein, Esq.
                                                                     Florida State Bar No.: 0104108
                                                                     howardr@pdq.net
                                                                     THE LAW OFFICES OF HOWARD W.
                                                                     RUBINSTEIN, P.A.

1

1615 Forum Place, Suite 4C
West Palm Beach, FL 33401
(800) 436-6437
(415) 692-6607 (fax)
Angela Arango-Chaffin, Esq.
Florida State Bar No.: 87919
angela@chaffinlawfirm.com
1455 Ocean Drive, Suite 811
Miami Beach, FL 33139
(713) 818-2515
(713) 952-5972 (fax)

Benjamin M. Lopatin, Esq.
California State No.: 281730
lopatin@hwrlawoffice.com
THE LAW OFFICES OF
HOWARD W. RUBINSTEIN, P.A.
One Embarcadero Center, Suite 500
San Francisco, CA 94111
(800) 436-6437
(415) 692-6607 (fax)
(Admitted *pro hac vice*)

L. De-Wayne Layfield, Esq.
Texas State Bar No.: 12065710
dewayne@layfieldlaw.com
LAW OFFICE OF L.
DEWAYNE LAYFIELD
PO Box 3829
Beaumont, TX 77704-3829
(409) 832-1891
(866) 280-3004 (fax)
(Admitted *pro hac vice*)

Robert A. Chaffin
Texas Bar No: 04057500
THE CHAFFIN LAW FIRM
4265 San Felipe #1020
Houston, Texas 77027
(713) 528-1000
(713) 952-5972 Fax
robert@chaffinlawfirm.com
(Admitted *pro hac vice*)

Mark A. Milstein
California Bar No.: 155513

2

mmilstein@milsteinadelman.com
Gillian L. Wade
California Bar No.: 229124
gwade@milsteinadelman.com
Sara D. Avila
California Bar No.: 263213
savila@milsteinadelman.com
MILSTEIN ADELMAN, LLP
2800 Donald Douglas Loop North
Santa Monica, California 90405
(310) 396-9600
(310) 396-9635 (fax)
(to apply *pro hac vice*)

*Counsel for Plaintiffs and the Proposed Class*

Dated:  June 20, 2014             Respectfully submitted,

   /s/ Dean N. Panos
JENNER & BLOCK LLP
Dean N. Panos (admitted *Pro Hac Vice*)
Richard P. Steinken (admitted *Pro Hac Vice*)
353 N. Clark Street
Chicago, IL  60654-3456
Phone: 312-222-9350
Fax: 312-527-0484

JENNER & BLOCK LLP
Kenneth K. Lee (admitted *Pro Hac Vice*)
633 West 5th Street
Suite 3600
Los Angeles, CA 90071-2054
Phone: 213-239-5100
Fax: 213-239-5199

Edward M. Waller, Jr. FBN 0106341
ewaller@fowlerwhite.com
Ashley B. Trehan FBN 43411
ashley.trehan@fowlerwhite.com
FOWLER WHITE BOGGS
P.O. Box 1438
Tampa, FL 33601
Phone: 813-228-7411
Fax: 813-229-8313

*Counsel for Defendants*

4

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 20th day of June, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record by Notices of Electronic Filing generated by CM/ECF.

>        */s/ Howard W. Rubinstein*
> Howard W. Rubinstein