UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:12-21678-CIV-LENARD/GOODMAN

KATRINA GARCIA, LAURA
EGGNATZ, and JULIE MARTIN individually,
and on behalf of all others similarly situated,

       *Plaintiffs*,

    vs.

KASHI COMPANY, a California
Corporation,

       *Defendant.*

_____/

**JOINT POST-MEDIATION STATUS REPORT AND
JOINT MOTION TO VACATE ALL PENDING MOTIONS AND
TRIAL DATES WITH INCORPORATED MEMORANDUM OF LAW**

     Pursuant to the Court's February 25, 2015 Order. (D.E. 160), Plaintiffs Katrina Garcia and Laura Eggnatz ("Plaintiffs") and Defendant Kashi Company ("Defendant") and, by and through their attorneys of record, hereby notify the Court that, following private mediation and months of negotiations, the parties have reached a settlement of this class action. Accordingly, the parties agree as follows:

     WHEREAS, Plaintiffs' Motion for Class Certification (D.E. 118) and Defendant's Motion for Summary Judgment (D.E. 119) are fully briefed, and the Court ordered on February 25, 2015 it will defer ruling on the pending motions to permit the parties to attend private mediation (D.E. 160);

     WHEREAS, trial is scheduled to commence on June 1, 2015;

     WHEREAS, the parties attended a full day of mediation before the Hon. Richard Haden (Ret.) on March 24, 2015, and have reached a settlement as to all material terms;

     WHEREAS, pursuant to Federal Rules of Civil Procedure Rule 23(e), after final

settlement documents are executed, Plaintiffs will promptly move for preliminary approval of the

settlement and ask the Court to allow settlement notice to be disseminated and to schedule final

fairness hearing;

WHEREAS, Plaintiffs anticipate it will take approximately 45 days to finalize the

settlement agreement and file their motion for preliminary approval;

THEREFORE, the parties jointly move and respectfully request that all dates and

deadlines be vacated pending motions under Rule 23(e)(1)-(5) for approval of the settlement.

Dated:  April 6, 2015

Respectfully submitted by:

| | |
|---|---|
| s/ Howard W. Rubinstein | s/ Edward M. Waller, Jr. |
| Howard W. Rubinstein, Esq. | Edward M. Waller, Jr.  FBN 0103641 |
| Fla. SBN: 0104108 | ewaller@bipc.com |
| howardr@pdq.net | Ashley B. Trehan FBN 43411 |
| THE LAW OFFICES OF HOWARD W. | ashley.trehan@bipc.com |
| RUBINSTEIN, P.A. | BUCHANAN INGERSOLL & ROONEY P.C. |
| 1615 Forum Place, Suite 4C | 501 E. Kennedy Boulevard, Suite 1700 |
| West Palm Beach, FL 33401 | Tampa, Florida  33602 |
| T: (800) 436-6437 | T: 813-228-7411 |
| F: (415) 692-6607 | F: 813-229-8313 |
| | |
| Angela Arango-Chaffin, Esq. | JENNER & BLOCK LLP |
| Fla. Bar No: 87919 | Dean N. Panos (admitted *Pro Hac Vice*) |
| angela@chaffinlawfirm.com | Richard P. Steinken (admitted *Pro Hac Vice*) |
| 1455 Ocean Drive, Suite 811 | 353 N. Clark Street |
| Miami Beach, FL 33139 | Chicago, IL  60654-3456 |
| T: (713) 818-2515 | T: 312-222-9350 |
| F: (713) 952-5972 | F: 312-527-0484 |
| | |
| Benjamin M. Lopatin, Esq. | JENNER & BLOCK LLP |
| Cal. Bar No.: 281730 | Kenneth K. Lee (admitted *Pro Hac Vice*) |
| lopatin@hwrlawoffice.com | 633 West 5th Street |
| THE LAW OFFICES OF | Suite 3600 |
| HOWARD W. RUBINSTEIN, P.A. | Los Angeles, CA 90071-2054 |
| One Embarcadero Center, Suite 500 | T: 213-239-5100 |
| San Francisco, CA 94111 | F: 213-239-5199 |
| T: (800) 436-6437 | *Counsel for Defendant* |
| F: (415) 692-6607 | |
| (Admitted pro hac vice) | |

L. De-Wayne Layfield, Esq.
Texas Bar No.: 12065710
dewayne@layfieldlaw.com
LAW OFFICE OF L.
DEWAYNE LAYFIELD
PO Box 3829
Beaumont, TX 77704-3829
T: (409) 832-1891
F: (866) 280-3004
(Admitted pro hac vice)

Robert A. Chaffin
Texas Bar #04057500
The Chaffin Law Firm
4265 San Felipe #1020
Houston, Texas 77027
T: 713-5281000
F: 713-9525972
robert@chaffinlawfirm.com
(Admitted pro hac vice)

*Counsel for Plaintiffs
and the Proposed Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this document was served by CM/ECF on April 6, 2015, on all counsel of record on the Service List below.

s/ Edward M. Waller, Jr.
Edward M. Waller, Jr. FBN 0106341
edward.waller@bipc.com
Ashley B. Trehan FBN 43411
ashley.trehan@bipc.com
BUCHANAN INGERSOLL & ROONEY P.C.
P.O. Box 1438
Tampa, Florida 33601
T: (813) 228-7411
F: (813) 229-8313

JENNER & BLOCK LLP
Dean N. Panos (admitted *Pro Hac Vice*)
dpanos@jenner.com

3

Richard P. Steinken (admitted *Pro Hac Vice*)
rsteinken@jenner.com
353 N. Clark Street
Chicago, IL  60654-3456
T: (312) 222-9350
F: (312) 527-0484

-and-

JENNER & BLOCK LLP
Kenneth K. Lee (admitted *Pro Hac Vice*)
klee@jenner.com
633 West 5th Street
Suite 3600
Los Angeles, CA 90071-2054
T: (213) 239-5100
F: (213) 239-5199

*Attorneys for Defendant*

## SERVICE LIST

Howard W. Rubinstein, Esq.
howardr@pdq.net
The Law Offices of Howard W. Rubinstein
1615 Forum Place, Suite 4C
Palm Beach Gardens, FL 33401
Tel: (800) 436-6437
Fax: (415) 692-6607

Angela Valentina Arango-Chaffin
Angela@ChaffinLawFirm.com
Chaffin Law Firm
1455 Ocean Drive
Apt 811
Miami, FL 33139
Tel: (713) 818-2515
Fax: (561) 750-3364

L. DeWayne Layfield
dewayne@layfieldlaw.com
Law Office of L. DeWayne Layfield
P. O. Box 3829
Beaumont, TX 77704
Tel: (409) 832-1891

Benjamin M. Lopatin
lopatin@hwrlawoffice.com
Michael T. Fraser
mfraser@hwrlawoffice.com
The Law Offices of Howard W. Rubinstein
One Embarcadero Center, Suite 500
San Francisco, CA 94111
Tel: (800) 436-6437

5

Robert A. Chaffin
robert@chaffinlawfirm.com
The Chaffin Law Firm
4265 San Filipe, Suite 1020
Houston, TX 77027
Tel: (713) 528-1000
Fax: (713) 952-5972

*Attorneys for Plaintiffs*

Gillian L. Wade
gwade@milsteinadelman.com
Sara D. Avila
savila@milsteinadelman.com
Milstein Adelman & Kreger LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Tel: (310) 396-9600