UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-21678-CIV-LENARD/GOODMAN

LAURA EGGNATZ and KATRINA GARCIA,
individually, and on behalf of all others similarly situated,

    *Plaintiffs*,

  vs.

KASHI COMPANY, a California
Corporation,

    *Defendants*.
_____/


ATTORNEY HOWARD W. RUBINSTEIN'S MOTION TO WITHDRAW AS COUNSEL FOR
<u>PLAINTIFFS</u>

Attorney, Howard W. Rubinstein, pursuant to Rules 7.1(a)(1)(F) and 11.1(d)(3) of the Local Rules, hereby files this *Attorney Howard W. Rubinstein's Motion to Withdraw as Counsel for Plaintiffs* and states:

The undersigned seeks leave of this Court to withdraw as Counsel for Plaintiffs, LAURA EGGNATZ and KATRINA GARCIA and the proposed Class.

In addition to all Plaintiffs' Counsel of Record continuing to represent Plaintiffs, my firm, the Law Offices of Howard W. Rubinstein, P.A. will continue representing Plaintiffs, LAURA EGGNATZ and KATRINA GARCIA through Attorney, Michael T. Fraser. Accordingly, for all documents addressed to my firm, suchl documents should be sent to:

Michael T. Fraser, Esq.

The Law Offices of Howard W. Rubinstein, P.A.

One Embarcadero Center, Suite 500

San Francisco, California 94111

Plaintiffs, LAURA EGGNATZ and KATRINA GARCIA, and opposing counsel have been provided notice of the undersigned's request to withdraw as counsel in this action, and neither objects to this Motion to Withdraw.

This Motion to Withdraw is not brought for dilatory purposes and neither party will prejudiced by it being granted.

WHEREFORE, Attorney, Howard W. Rubinstein, respectfully requests this Court grant his Motion to Withdraw as Counsel for Plaintiffs, LAURA EGGNATZ and KATRINA GARCIA and grant all other relief as it deems just and proper.

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Rule 7.1 of the Local Rules, the undersigned certifies that he conferred with opposing counsel prior to filing this Motion to Withdraw and opposing counsel does not oppose it.

Respectfully submitted,

June 4, 2015                                              */s/ Howard W. Rubinstein*

THE LAW OFFICES OF HOWARD W. RUBINSTEIN, P.A.
Howard W. Rubinstein, Esq.
Florida Bar No. 104108
howardr@pdq.net
3507 Kyoto Gardens Drive, Suite 200
Palm Beach Gardens, Florida 33410
Tel.: (800) 436-6437
Fax: (415) 692-6607

*Counsel for Plaintiff Laura Eggnatz, Katrina Garcia and the Proposed Class*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this <u>4th day of June, 2015</u>, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record by Notices of Electronic Filing generated by CM/ECF.

                                      */s/   Michael T. Fraser*
                                      Michael T. Fraser