# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-21678-CIV-LENARD/GOODMAN

LAURA EGGNATZ, KATRINA GARCIA,
and JULIE MARTIN,
individually, and on behalf of all others similarly situated,

    *Plaintiffs*,

  vs.

KASHI COMPANY, a California
Corporation,

    *Defendants*.
_____/

# PARTIES' NEW SCHEDULE OF PROPOSED DATES AND DEADLINES, PURSUANT TO THE COURT'S AUGUST 27, 2015 ORDER [ECF 181]

On August 27, 2015, the Court issued an Order requiring the Parties[1] to submit a new schedule of proposed dates and deadlines so that the Court may include a Settlement Hearing date in its Order granting preliminary approval of the class action settlement. (ECF 181). Accordingly, the Parties propose the following deadlines:

| Event | Deadline |
|---|---|
| Deadline for Settlement Website to Go Live | Within 7 days of Final Approval Order |
| Internet Notice Period to Commence | Thursday, October 15, 2015 |
| Last Day for Print Notice to Commence | Tuesday, November 24, 2015 |
| Motion for Final Approval, Application for Service Award and Application for Attorneys' Fees and Expenses Due | Monday, December 14, 2015 |
| Deadline for Class Members to Opt-Out or Object | Monday, December 28, 2015 |
| Responses to Objections Due | Wednesday, January 13, 2016 |
| Deadline to Submit Claims | Tuesday, January 19, 2016 |
| Settlement Hearing | Wednesday, January 27, 2016 |

The publication notice deadline is based on the latest on-sale date of the magazines, which is November 24, 2015 for Food Network. This is the next issue in which notice can be published in Food Network, and has the latest on-sale date of all of the publications.

Dated: September 3, 2015

Respectfully submitted,

| | |
|---|---|
| */s/ Gillian L. Wade* | */s/ Edward M. Waller, Jr.* |
| Gillian L. Wade (Admitted *pro hac vice*) | Edward M. Waller, Jr. FBN 0103641 |
| gwade@milsteinadelman.com | ewaller@bipc.com |
| Mark A. Milstein (Admitted *pro hac vice*) | Ashley B. Trehan FBN 43411 |
| California Bar No. 155513 | ashley.trehan@bipc.com |
| mmilstein@milsteinadelman.com | BUCHANAN INGERSOLL & ROONEY P.C. |

---

[1] All capitalized and defined terms shall have the same meaning ascribed in the Stipulation of Settlement filed on June 2, 2015. ECF 179-1.

California Bar No. 229124
Sara D. Avila (Admitted *pro hac vice*)
California Bar No. 263213
savila@milsteinadelman.com
MILSTEIN ADELMAN, LLP
2800 Donald Douglas Loop North
Santa Monica, California 90405
Tel.: (310) 396-9600
Fax: (310) 396-9635

Angela Arango-Chaffin, Esq.
Florida Bar No. 87919
angela@chaffinlawfirm.com
THE CHAFFIN LAW FIRM
1455 Ocean Drive, Suite 811
Miami Beach, FL 33139
Tel.: (713) 818-2515
Fax: (713) 952-5972

THE LAW OFFICES OF HOWARD W. RUBINSTEIN, P.A.
Michael T. Fraser
Florida Bar No. 87411
mfraser@hwrlawoffice.com
One Embarcadero Center, Suite 500
San Francisco, CA 94111
Tel.: (800) 436-6437
Fax: (415) 692-6607

LAW OFFICE OF L. DEWAYNE LAYFIELD
L. De-Wayne Layfield (Admitted *pro hac vice*)
Texas Bar No.: 12065710
dewayne@layfieldlaw.com
P.O. Box 3829
Beaumont, TX 77704-3829
Tel.: (409) 832-1891
Fax: (866) 280-3004

*Counsel for Plaintiffs and the Proposed Class*

501 E. Kennedy Boulevard, Suite 1700
Tampa, Florida 33602
T: 813-228-7411
F: 813-229-8313

JENNER & BLOCK LLP
Dean N. Panos (admitted *Pro Hac Vice*)
Richard P. Steinken (admitted *Pro Hac Vice*)
353 N. Clark Street
Chicago, IL 60654-3456
T: 312-222-9350
F: 312-527-0484

JENNER & BLOCK LLP
Kenneth K. Lee (admitted *Pro Hac Vice*)
633 West 5th Street
Suite 3600
Los Angeles, CA 90071-2054
T: 213-239-5100
F: 213-239-5199

*Counsel for Defendant*

2

## **CERTIFICATE OF COMPLIANCE**

I HEREBY CERTIFY that on this 3rd day of September, 2015, this filing complies with Local Rule 5.1 and this Court's January 29, 2015 Order (Dkt. 173).

By: /s/ *Gillian L. Wade*
Gillian L. Wade

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed and served via CM/ECF electronic transmission on September 3, 2015 to those parties that are registered with the Court to receive electronic notifications in this matter.

By: /s/ Michael T. Fraser
  Michael T. Fraser