**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 12-21678-CIV-LENARD/GOODMAN

LAURA EGGNATZ and KATRINA GARCIA,
individually, and on behalf of all others similarly situated,

       *Plaintiffs*,

   vs.

KASHI COMPANY, a California
Corporation,

       *Defendants.*
_____/

**DECLARATION OF MARK SCHEY**
**<u>REGARDING CLASS NOTICE AND ADMINISTRATION</u>**

I, MARK SCHEY, declare:

1.      I am a founding partner of Digital Settlement Group, LLC ("DSG"), a company that provides class action notice and claims administration. The following statements are based on my personal knowledge and information provided by other DSG principals and employees working under my supervision, and if called upon to do so, I could and would testify competently about these issues.

2.      Pursuant to the Court's Order Preliminarily Approving Class Action Settlement, Conditionally Certifying the Settlement Class, Providing for Notice and Scheduling Order ("Order") dated September 4, 2015 (ECF 183), DSG was appointed to serve as the Class Action Settlement Administrator for the Settlement in the above-captioned case. Our duties and responsibilities for administering the Settlement include arranging for the mailing or other distribution of the Class Notice, Claim Forms to Settlement Class Members, arranging for publication of the Publication Notice, answering written inquiries from Settlement Class Members and/or forwarding such inquiries to Class Counsel or their designee, receiving and maintaining on behalf of the Court and the Parties any Settlement Class Member correspondence regarding requests for exclusion to the Settlement, establishing the Settlement Website that posts notices, Claim Forms and other related documents, establishing a toll-free hotline, receiving and processing claims and submitting a declaration attesting to the dissemination of the Class Notice and the number of claims received. *See* Stipulation of Settlement (the "Agreement) at § V(C)(1) (ECF 179-1). The purpose of this Declaration is to provide information regarding the dissemination of Class Notice and the claims received.

## OVERVIEW OF THE NOTICE PLAN

**3.**     This Litigation[1] involves Kashi products labeled as "All Natural," "100% Natural" and "Nothing Artificial," and the like, including all products listed in Exhibit H to the Agreement. Because the Products at issue are sold predominantly at retail, the identity of purchasing Class Members is not readily known, Internet and publication notice is the best way to inform Class Members about the Settlement. DSG developed a notice program using both print publication and Internet advertising to reach a substantial portion of Class Members. One of the concerns noted in Federal Judicial Center's *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* ("Claims Guide") is that claims administrators are "often accountants by training and may lack personal knowledge or the training to conduct reach analyses." DSG, however, has expertise in marketing and media-planning that is essential to conducting reach analysis. We use industry-standard reporting tools from GfK MRI and comScore. Our notice programs are not designed for "technical reach[2]" at the expense of response or other Claims Guide recommendations, but to create the best practicable plan. In other words, we design notice plans, including the Notice Plan implemented in this Litigation, in the same way a company would design an advertising campaign for their product.

---

1 All defined terms contained herein shall have the same meanings as set forth in the Agreement.
2 "Technical reach" is defined as calculating a class based upon one large general media buy with a frequency cap of one using less expensive remnant inventory without guaranteed visible impressions and estimating its reach against adult population of the country. Unfortunately, using TR as the goal is not the best practicable method compared to custom targeting of potential class members on top-tier networks (like Google, Yahoo and Facebook). Basing a notice plan on TR is particularly troublesome when the media buy is not supported by "unbiased evidence supporting the plan's adequacy" as recommended by the Claims Guide.

**EXPERIENCE**

**4.**      I have served as a court-approved notice provider in ten state and federal court class actions. I have worked in the class action category for approximately five years and have managed and have provided my expertise in Internet notice to some of the largest class action administration companies in the industry, including the following class actions: *Pearson, et al. v. NBTY, Inc,* No. CV11-07972 (N.D. Ill); *Keller v. Gaspari Nutrition*, No. CV11-06158 (U.S. Dist. Ct., Central Dist.); *Taromina, v. Gaspari Nutrition*, No. CV12-05424 (U.S. Dist. Ct., Central Dist.); *Wike v. HCG Platinum, LLC*, No. BC451080 (Los Angeles County Superior Court).   Additionally, I have over twenty years of marketing experience with a specialty in television and Internet advertising, including managing the official online sites for 20th Century Fox on behalf of News Corporation from 1993 to 1996. I have served as a marketing consultant to a variety of consumer product companies, where my responsibilities included creative directing national marketing campaigns and producing and directing national television commercials (which have been featured in trade magazines, like *Advertising Age,* and generated hundreds of millions of dollars in retail revenue). I have also personally managed tens of millions of dollars in Internet advertising for consumer products. Due to my extensive Internet marketing experience, my area of specialty is providing class notice in cases where the identities of individual Class Members is not known, including classes comprised of purchasers of consumer products. *See Arreguin v. Telebrands*, No. CIVRS1307798 (Superior Court of California, San Bernardino County) (national class of purchasers of the Pocket Hose);  *Pearson, et al. v. NBTY, Inc*, No. CV11-07972 (N.D. Ill.) (national class of purchasers of top-selling glucosamine supplements). DSG's notice experience is further exemplified by the services provided in a national, multi-district false advertising case, *In Re Wellnx Sales and Marketing Practices*

*Litigation*, MDL NO. 1861 (RGS) (D. Mass.) (the Court noted "went well beyond what due process would require at its minimum").

5.     DSG has provided class action settlement services in cases of varying sizes and complexity. DSG is comprised of Internet marketing and class action noticing experts, each with between ten to twenty years of experience. The principals have provided Internet marketing for clients including Fortune 500 companies. The principals of DSG have successfully executed hundreds of television and Internet campaigns.  This experience is leveraged to execute the most efficient notice strategies and administration. For example, DSG is currently serving as the court-appointed notice provider and administrator in a matter similar to the Litigation here. *See Miller, et al., v. Basic Research*, No. 2:07-CV-00871 (D. Utah) (consumer product sold predominantly at retail that utilized a similar notice plan methodology).

## NOTICE PLAN OBJECTIVE

6.     In the present case, the objective of the Notice Plan is to execute the most effective plan using a combination of print publication and top-tier Internet advertising. Advertisements directed potential Class Members to a Settlement Website, where they were able to download all important documents, review frequently asked questions, and file a claim. A toll-free number with an Interactive Voice Response ("IVR") system has also been available to answer potential questions.

### *Case Background and Targeted Class*

7.     This case involved allegations that Defendant falsely advertised or marketed food products by making "All Natural", "100% Natural" and "Nothing Artificial" statements on the labels of certain Kashi Products, including all Products listed in Exhibit H to the Agreement. The

Settlement Class includes all consumers, excluding California residents, who purchased any package of those Products in the United States during the Settlement Class Period (between May 3, 2008 through September 4, 2015) for personal or household use. Excluded from the Class are: (a) employees, officers and directors of Kellogg and Kashi; (b) persons or entities who purchased the Products for the purpose of re-sale; (c) retailers or re-sellers of the Products; (d) governmental entities; (e) persons who timely and properly exclude themselves from the Class as provided herein; (f) the Court, the Court's immediate family, and Court staff; and (g) California residents.

8.     Because the Products at issue in the Litigation were purchased at retail, identification of the vast majority of individual Class Members is not known. Therefore, the best and most effective way to reach Class Members is through a consumer media campaign. To verify the effectiveness of the proposed Notice Plan, all reach and frequency calculations are supported by "unbiased evidence supporting the plan's adequacy"[3] using 3rd-party reporting from comScore and GfK MRI.

### *Consumer Publication*

9.     Two print publications were selected for their efficiency and reach with the targeted class: (1) 1/3 page Short Form Notice is currently featured in the December 2015 issue of *Food Network Magazine* and will reach a targeted 1,017,000 potential class members out of a total audience of 11.9 million. This publication was selected because, as verified by GfK MRI, the publication has the biggest audience of all monthly food titles, with a larger audience than competitors like *Bon Appétit*, *Cooking Light*, and *Every Day with Rachel Ray*. Food Network Magazine reaches an estimated 5% of the targeted class; (2) A ½ page Short Form Notice is

---

3  *See* Claims Guide at 2.

currently featured in the December 2015 issue of *Prevention* magazine, reaching a targeted 868,000 potential class members with a total audience of 10.5 million in the United States. It indexes at 120 with the "Health/Wellness Foods" customer, making it 20% more likely for a potential class member to read the magazine than an average magazine reader. This publication has a reach of 4.5% of the targeted class. Samples of the print Advertisement can be seen in Appendix A.

### *Internet Banner Advertisements*

**10.** The Internet is an extremely powerful tool for reaching potential class members and driving them to the settlement Website. According to Pew Research (January 2014), 87% of all adults in the United States use the Internet, up from 79% in 2010. DSG's extensive Internet marketing experience has been leveraged to design the most effective plan.

**11.** DSG targeted Class Members with over 28,317,731 impressions on the *Google Ad Network*, approximately 114,820 impressions on the *Google Search Network*, and over 20,085,614 impressions on the *Yahoo Audience Network*. The notice advertisements were designed to "command class members' attention" and "be written in clear, concise, easily understood language."[4] Clicking on the links directed the Class Member to the Settlement Website. Examples of the advertisements can be seen in Appendix B.

**12.** The Internet Notice was active for 30 days, beginning on October 15, 2015 and ending on November 15, 2015.

**13.** The print publication effort will reach over 9% of Class Members, based on GfK MRI reporting. The targeted Internet campaign has reached a minimum of 66% of Class Members online. This calculation, as well as overlap between individual Internet properties, has been

---

4 *See* Claims Guide at 1, 5.

calculated using comScore's Plan Metrix Reach/Frequency reporting. Allowing for duplication across Internet and print publication, DSG calculates the combined notice program has reached over 69% of Class Members. It is important to note that, per the Claims Guide recommendations, these calculations do not include any speculative reach from social media or word of mouth. While it is highly likely the Notice Program had a greater reach, only data with evidence supporting the plan's adequacy is included.

## OVERVIEW OF ADMINISTRATION

**14.**    DSG created the Settlement Website, www.allnaturalsettlement.com, and posted important Settlement-related documents and answers to frequently asked questions (including the operative Complaint, Stipulation of Settlement, Long Form Notice, Claim Form and Court orders relating to the Settlement). Class Members have the option to download copies of case documents. The Long Form Notice, as it appeared on the Settlement Website, is attached as Appendix D. The Claim Form is attached as Appendix E. The Settlement Website went live on September 10, 2015 and since then has had no downtime. The Settlement Website is still online.

**15.**    A Spanish-language version of the Settlement Website is also available at www.allnaturalsettlementespanol.com. The Spanish-language site is available through a link in a prominent position on the home page of the English-language site. To date, the Spanish-language web pages represent roughly 3.9% of unique visitors, 4.9% page views and 3.8% web hits, and is also responsible for .08% of the qualified online claim submissions.

**16.**    As of December 13, 2015 the Settlement Website has received 166,857 unique visitors and 233,271 page views. These unique visitors and page views resulted in 2,402,435 hits to the web server.

**17.**    DSG set up a toll-free telephone number to provide Class members with an additional

opportunity to learn more about the settlement. The toll-free number provides answers to frequently asked questions and allows Class Members to request more information or have a Claim Form mailed directly to them. To date, DSG has received 263 in-bound calls totaling 695 call minutes.  Of those calls, 51 calls were to request notices. After removing the duplicates, 33 consumers were sent notices via mail and 3 consumers were sent notices via e-mail.

**18.**     DSG has not received any opt-outs or objections as of December 13, 2015.

**19.**     As of December 13, 2015, the DSG has received 96,214 total claims via web and through the mail. A total of 443 have sent some form of proof of purchase and 95,771 do not have any proof of purchase. The online claims facility continues to receive claims and DSG continues to receive paper claims.

**20.**     DSG has conducted preliminary calculations of claims in accordance with Section IV(A) (1) of the Agreement. Currently, the total claim amount is estimated at $955,750. Claimants who submitted proof of purchase are currently averaging $2.73 per Product (with an average of $47.50 per household). Claimants without proof of purchase are calculated at $.55 per Product (with an average of $9.76 per household), per the cash recovery section of the Stipulation of Settlement. DSG will provide updated statistics following the close of the claims period on January 19, 2016 and in advance of the Settlement Hearing on January 27, 2016.

**21.**     All of the claims submitted are still being reviewed for duplication and potential fraud.

**CONCLUSION**

**22.**     Based on my class action notice planning experience, described above in ¶ 4, the methods utilized in this Notice Program are consistent with other effective class action settlement notice plans that DSG has developed.

**23.**      With over 166,000 unique visitors to the Settlement Website and over 96,000 claims to date, this Program has performed significantly above average compared to other Class Action Notice Programs developed by DSG. *See id.*

**24.**      It is my professional opinion that the Class Action Notice Plan has provided the best notice practicable and meets the desire to actually inform.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: December 14, 2015

_____

Mark Schey

**Appendix A – Print Publications**

This page intentionally blank, so the Advertisements can be displayed closer to actual size on the following page.

## IF YOU PURCHASED CERTAIN KASHI PRODUCTS YOU MAY BE PART OF A CLASS ACTION SETTLEMENT

### PARA UNA NOTIFICACIÓN EN ESPAÑOL, LLAMAR O VISITAR allnaturalsettlement.com

If you purchased certain Kashi products between May 3, 2008 and September 4, 2015 and are not a California resident, you may be part of a class action settlement. Your legal rights may be affected by a settlement and you may be entitled to a cash refund of up to $27.50 without proof of purchase or for the full cost of your purchase if you have proof of purchase. The amount you ultimately receive may increase or decrease depending on the number of valid claims. This notice is only a summary. For more complete information, and a list of all products covered by this settlement, please read the full notice by visiting allnaturalsettlement.com, by writing to the address at the bottom of this notice, or by calling toll free (877) 342-0808.

## WHAT ARE MY LEGAL RIGHTS

If you wish to remain a member of the class, you do not have to do anything. To receive a refund from the class action settlement, you must file a claim. If you remain a member of the class and the Court approves the proposed settlement, you will be bound by all of the Court's orders. Thereafter class members will not be able to make any further claims against Kashi for the products covered by the settlement. If you remain a member of the class you may object to the terms of the settlement by December 28, 2015.

If you wish to submit a claim, visit allnaturalsettlement.com and follow the instructions. All claims must be submitted online or postmarked no later than January 19, 2016.

If you do not wish to remain a member of the class, you must submit a letter to the settlement administrator at the address below postmarked by December 28, 2015. If you request to be excluded from the settlement class, you cannot object or submit a claim form.

**KASHI SETTLEMENT
C/O CLAIMS ADMINISTRATOR
P.O. BOX 1871
WEST PALM BEACH, FL 33402**

## IF YOU PURCHASED CERTAIN KASHI PRODUCTS YOU MAY BE PART OF A CLASS ACTION SETTLEMENT

### PARA UNA NOTIFICACIÓN EN ESPAÑOL, LLAMAR O VISITAR allnaturalsettlement.com

If you purchased certain Kashi products between May 3, 2008 and September 4, 2015 and are not a California resident, you may be part of a class action settlement. Your legal rights may be affected by a settlement and you may be entitled to a cash refund of up to $27.50 without proof of purchase or for the full cost of your purchase if you have proof of purchase. The amount you ultimately receive may increase or decrease depending on the number of valid claims. This notice is only a summary. For more complete information, and a list of all products covered by this settlement, please read the full notice by visiting allnaturalsettlement.com, by writing to the address at the bottom of this notice, or by calling toll free (877) 342-0808.

## WHAT ARE MY LEGAL RIGHTS

If you wish to remain a member of the class, you do not have to do anything. To receive a refund from the class action settlement, you must file a claim. If you remain a member of the class and the Court approves the proposed settlement, you will be bound by all of the Court's orders. Thereafter class members will not be able to make any further claims against Kashi for the products covered by the settlement. If you remain a member of the class you may object to the terms of the settlement by December 28, 2015.

If you wish to submit a claim, visit allnaturalsettlement.com and follow the instructions. All claims must be submitted online or postmarked no later than January 19, 2016.

If you do not wish to remain a member of the class, you must submit a letter to the settlement administrator at the address below postmarked by December 28, 2015. If you request to be excluded from the settlement class, you cannot object or submit a claim form.

**KASHI SETTLEMENT
C/O CLAIMS ADMINISTRATOR
P.O. BOX 1871
WEST PALM BEACH, FL 33402**

**Appendix B – Internet Banner Advertisements**













**Appendix C – Long Form Notice**

This page intentionally blank, so the Notice appears more closely to the way it appears on the Settlement Website.

**EXHIBIT C**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# If you are not a California resident and you purchased Kashi All Natural / 100% Natural /Nothing Artificial Products between May 3, 2008 through September 4, 2015, Your Rights May Be Affected by a Settlement and You May be Eligible for a Cash Refund.

**PARA UNA NOTIFICACIÓN EN ESPAÑOL, LLAMAR O VISITAR**
**www.allnaturalsettlement.com**

*A Federal Court authorized this notice. This is <u>not</u> a solicitation from a lawyer.*

- A settlement has been reached in a class action lawsuit which alleged Kashi Company falsely advertised that certain of its products were "All Natural' or 100% Natural or "Nothing Artificial" when the products allegedly contained genetically-modified (GMO) and/or synthetic ingredients.
- If you are not a California resident and you purchased the Kashi products involved in the lawsuit between May 3, 2008 through September 4, 2015, you may be able to recover money from this Settlement.
- Those included in the Settlement will be eligible to receive (1) a cash payment of up to $27.50, without proof of purchase ($0.55 per qualifying product purchased for up to 50 products), and (2) a full refund for each package purchased with proof of purchase without limitation. Payments may proportionally increase or decrease based on the total number of valid claims received.
- Your legal rights are affected whether you act or don't act. Read this notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FORM BY JANUARY 19, 2016** | The only way to get a cash refund. |
| **EXCLUDE YOURSELF BY DECEMBER 28, 2015** | Get no money from the Settlement. This is the only option that allows you to ever be a part of another lawsuit against Kashi about the legal claims resolved by this Settlement. |
| **OBJECT OR COMMENT BY DECEMBER 28, 2015** | Write to the Court about why you don't like the Settlement. |
| **GO TO A HEARING** | Ask to speak in Court about the fairness of the Settlement. |
| **DO NOTHING** | Get no payment. Give up your right to sue Kashi about the legal claims resolved by this Settlement. |

- Your rights and options—**and the deadlines to exercise them**—are explained in this notice.
- The Court still has to decide whether to approve the Settlement. Payments will be made if the Court approves the Settlement and after any appeals are resolved. Please be patient.

# WHAT THIS NOTICE CONTAINS

PAGE

BASIC INFORMATION ................................................................................................4
   1.   WHAT IS THIS NOTICE ABOUT? ...................................................................4
   2.   WHAT IS A CLASS ACTION LAWSUIT? ...........................................................4
   3.   WHAT ARE THESE LAWSUITS ABOUT? ...........................................................4

WHO IS INCLUDED IN THE SETTLEMENT? ...................................................................5
   4.   HOW DO I KNOW IF I AM IN THE SETTLEMENT CLASS? .....................................5

THE SETTLEMENT BENEFITS ......................................................................................5
   5.   WHAT DOES THE SETTLEMENT PROVIDE? ......................................................5
   6.   WHEN WILL I GET MY PAYMENT? ................................................................7
   7.   HOW CAN I GET BENEFITS? SUBMIT A CLAIM FORM. ......................................7

REMAINING IN THE SETTLEMENT ...............................................................................8
   8.   WHAT AM I GIVING UP IF I STAY IN THE CLASS? .............................................8
   9.   WHAT HAPPENS IF I DO NOTHING AT ALL? ....................................................8

THE LAWYERS REPRESENTING YOU ...........................................................................9
   10.  WHO REPRESENTS ME? .............................................................................9
   11.  WILL I HAVE TO PAY THE LAWYERS? ..........................................................9

EXCLUDING YOURSELF FROM THE SETTLEMENT ........................................................10
   12.  HOW DO I GET OUT OF - OR EXCLUDE MYSELF FROM – THE SETTLEMENT? ......10
   13.  IF I DO NOT EXCLUDE MYSELF, CAN I SUE KASHI COMPANY
       FOR THE SAME THING LATER? ...................................................................10
   14.  IF I EXCLUDE MYSELF, CAN I GET ANYTHING FROM THE SETTLEMENT? ...........11

OBJECTING TO THE SETTLEMENT .............................................................................11
   15.  HOW DO I OBJECT TO THE SETTLEMENT? ....................................................11

THE COURT'S FINAL APPROVAL HEARING ................................................................12
   16.  THE HEARINGS TO DECIDE WHETHER TO APPROVE THE SETTLEMENT ............12
   17.  DO I HAVE TO COME TO THE HEARING?
   18.  MAY I SPEAK AT THE HEARING?

GETTING MORE INFORMATION ..................................................................................13
   19.  WHERE DO I GET MORE INFORMATION? .......................................................13

## BASIC INFORMATION

| 1.   WHAT IS THIS NOTICE ABOUT? |
|---|

This Notice explains the proposed Settlement of a class action lawsuit and your options and rights, before the Court decides whether to approve the Settlement.  If the Court approves the Settlement and after objections and appeals are resolved, an administrator appointed by the Court will make the payments that the Settlement allows.

This Notice is not an expression of any opinion by the Court about the merits of any of the claims or defenses made by any of the parties in this case or the fairness or adequacy of the proposed Settlement.  This Notice summarizes the lawsuit, the Settlement, your legal rights, what benefits are available, who is eligible for them, and how to get them.

| 2.   WHAT IS A CLASS ACTION LAWSUIT? |
|---|

A class action is a lawsuit in which one or more individuals sue an individual(s), company or other entity on behalf of all other people who have similar claims.  Collectively, these people are referred to as a "Class" or "Class Members."  In a class action, the court resolves certain legal issues, legal claims and defenses for all class members in one lawsuit, except for those who ask to be excluded from the class.  (See below for more information about excluding yourself from the Classes here.)

| 3.   WHAT IS THIS LAWSUIT ABOUT? |
|---|

The Kashi Lawsuit claims that Kashi misled consumers by making false marketing statements that certain food products were "All Natural" or "100% Natural" or "Nothing Artificial" when the products contained one or more of the GMO or allegedly synthetic ingredients. Kashi stands by its marketing and denies it did anything wrong.

The Court did not decide who was right in the lawsuit.  Instead, the Parties agreed to a settlement.  By agreeing to a settlement, the Parties avoid the costs and risk of a trial and the Classes will get compensation.  The Class Representatives and their attorneys believe that the Settlement is in the best interests of the Class Members.

## WHO IS INCLUDED IN THE SETTLEMENT?

| **4.  HOW DO I KNOW IF I AM IN THE SETTLEMENT CLASS?** |
|---|

To receive money from the Settlement you first have to determine if you are a Member of the Class.  Members of the Class are consumers who are not California residents and who purchased between May 3, 2008 through September 4, 2015 Kashi Products labeled "All Natural", "100% Natural" or "Nothing Artificial," including those listed in Exhibit H to the Kashi Stipulation of Settlement, available at www.allnaturalsettlement.com/EligibleProducts for personal or household use.  Excluded from the Class are employees, officers and directors of Kashi and Kellogg; persons or entities that purchased the Products for the purpose of re-sale; retailers or re-sellers of the Products; governmental entities; persons who properly exclude themselves from the Class; the Court, the Court's immediate family, and Court staff; and all California residents.

## THE SETTLEMENT BENEFITS

| **5.  WHAT DOES THE SETTLEMENT PROVIDE?** |
|---|

Kashi has agreed to pay cash and make changes to Kashi's current labeling and marketing of certain products.  The money will be used to pay class notice and administration costs, attorneys' fees and expenses, Class Representative Service Awards, and cash payments to Class Members who submit a valid Claim Form. The total cash available is $3.99 million. Details are described in paragraph IV.B of the Kashi Stipulation of Settlement, which is available at www.allnaturalsettlement.com).

The specific amount of cash that you may receive depends on the quantity of Products you purchased, whether you have receipts, and the number of valid claims submitted.

You can receive cash payments based on Products you purchased from May 3, 2008 through September 4, 2015, as follows:

- A Class member who has written proof of purchase may seek reimbursement of the full purchase price for every purchased package of the specified Products for which they submit a valid Claim Form with written proof of purchase in the form of a receipt.

- A Class member who does not have a receipt may still make a claim for reimbursement of $0.55 for every package of a specified Kashi Product purchased for which they submit a valid Claim Form, but the recovery for those Products not having a receipt will be $27.50.

- Class Members may file Claim Forms seeking reimbursement both for Products for which they submit receipts and Products for which they do not submit written proof of purchase. These claims will be subject to the requirements and maximum

recovery amounts permitted for each type of claim. The minimum amount available for cash reimbursements to the Class is $2 million.

If the total amount of valid claims (plus other authorized fees, costs and expenses) exceeds the amount available to pay claimants, then each claimant's award shall be proportionately reduced. If after all valid claims (plus other authorized fees, costs and expenses) are paid, money remains, the remaining amount shall be used to proportionately increase the recovery of each eligible claim.

### 6.   WHEN WILL I GET MY PAYMENT?

Benefits will be distributed if the Court grants final approval of the Settlement and if after any appeals are resolved final approval of the Settlement is upheld.

If the District Court approves the Settlement after a hearing on final approval, there may be appeals. We do not know how much time it could take to resolve any appeals that may be filed. If the District Court does not approve the Settlement or the Settlement is not approved in any appeal that may be brought, you will not receive cash payments for Kashi products.

### 7.   HOW DO I GET A PAYMENT?

If you are a Class Member and you want to participate in the Settlement, you must complete and submit a Claim Form by **January 19, 2016**. The claim form can be found at www.allnaturalsettlement.com or by calling 1-877-342-0808. You may complete and submit a valid Claim Form online or mail it to the address on the form. To maximize your payment amount, if you have a receipt or other written proof of purchase, be sure to include it. To be valid, all Claim Forms must be completed, signed and postmarked or submitted online to the Claims Administrator no later than **January 19, 2016**.

## REMAINING IN THE SETTLEMENT

### 8.   WHAT AM I GIVING UP IF I STAY IN THE CLASSES?

Unless you exclude yourself, you are staying in the Settlement Class. If the Settlement is approved and becomes final, all of the Court's orders will apply to you and legally bind you. That means you will not be able to sue, continue to sue, or be part of any other lawsuit against the Defendant for the legal issues and claims resolved by this Settlement. The specific rights you are giving up are called Released Claims.

"Released Claims" means, with the exception of claims for personal injury, any and all actions, claims, demands, rights, suits, and causes of action of whatever kind or nature that arose during the Settlement Class Period against the Released Persons, including damages, costs, expenses, penalties, and attorneys' fees, known or unknown, suspected or unsuspected, in law or equity arising out of or relating to the packaging, marketing, distribution or sale by Kashi of food products labeled as "All Natural," "100% Natural" and/or "Nothing Artificial," which have been or could have been asserted by the Class in Plaintiffs' Second Amended Consolidated Class

Action Complaint or in any of the previous Complaints.  The Released Claims do not include, and members of the Settlement Class expressly reserve, claims and causes of action for personal injury.

| 9. | WHAT HAPPENS IF I DO NOTHING AT ALL? |
|---|---|

If you do nothing, you will not get any cash from the Settlement.  If the Court approves the Settlement, you will be bound by its terms, and you will give up your right to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Kashi Company and related parties about the legal issues or claims resolved by this Settlement.

## THE LAWYERS REPRESENTING YOU

| 10. | WHO REPRESENTS ME? |
|---|---|

On December 14, 2015, Kashi Class Counsel will submit their motion for final approval and request for attorneys' fees and expenses, which will be available at www.allnaturalsettlement.com or by calling 1-877-342-0808.  The Court has appointed as Class Representatives Katrina Garcia and Laura Eggnatz.

Class Counsel are the lawyers for the Class.  The Class Representatives and Class Counsel will act as your representatives for the Settlement.

The Court has appointed to represent the Kashi Class and Class Members:

Mark A. Milstein
Gillian L. Wade
Sara D. Avila
MILSTEIN ADELMAN LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Telephone: (310) 396-9600
Fax: (310) 396-9635
mmilstein@milsteinadelman.com
gwade@milsteinadelman.com
savila@milsteinadelman.com

Angela Arango-Chaffin
90 Alton Road, Unit 2704
Miami Beach, FL 33139
Telephone:  (713) 818-2515
Fax: (713) 952-5972
angela@chaffinlawfirm.com

L. DeWayne Layfield
LAW OFFICE OF
L. DEWAYNE LAYFIELD
P.O. Box 3829
Beaumont, TX 77704-3829
Telephone: (409) 832-1891
Fax: (866) 280-3004
dewayne@layfieldlaw.com

Michael T. Fraser
THE LAW OFFICES OF
HOWARD W. RUBINSTEIN
One Embarcadero Center, Suite 500
San Francisco, CA 94111
Telephone:  (800) 436-6437
Fax: (415) 692-6607
mfraser@hwrlawoffice.com

| **11. WILL I HAVE TO PAY THE LAWYERS?** |
|---|
| No.  You will not be responsible for any costs or attorneys' fees incurred in this lawsuit. If the Court approves the proposed settlements, Class Counsel will request that the Court award them attorneys' fees and expenses to be paid by Kashi.   Class Counsel's expenses are approximately $180,000. Plaintiffs will seek attorneys' fees in an amount not to exceed $1.5 million.<br><br>The two Class Representatives will also ask the Court for a Service Award of $5,000 each for their costs, time and effort acting as Plaintiffs and for their willingness to bring this litigation and act on behalf of other consumers.  The Service Awards will be paid by Kashi. |

## EXCLUDING YOURSELF FROM THE SETTLEMENT

| **12. HOW DO I EXCLUDE MYSELF FROM  THE SETTLEMENT?** |
|---|
| You have the right not to be part of the Settlement by excluding yourself or "opting out" of the Class.   If you wish to exclude yourself, you must send a letter, postmarked no later than December 28, 2015, to the Claims Administrator at the following address:  Kashi All Natural Food Products Class Action Settlement Administrator, Digital Settlement Group, LLC, P.O. Box 1571, West Palm Beach, FL 33402, 1-877-342-0808.<br><br>Your letter must specify that you are requesting exclusion from the Kashi Settlement Class (such as: **"I request exclusion from the Kashi Settlement Class"**) and must be signed by you.  You must include your full name and address.  If you do not include the required information or fail to submit your request for exclusion on time, you will remain a Class Member and be bound by the Settlement and Final Judgment and Order. |

| **13. IF I DO NOT EXCLUDE MYSELF, CAN I SUE KASHI COMPANY FOR THE SAME THING LATER?** |
|---|
| No.  Unless you exclude yourself, you give up any right to sue Kashi Company for the claims that these Settlements resolve, including any claims relating to Kashi Company for any of the Released Claims (*see* Question 8). |

| **14. IF I EXCLUDE MYSELF, CAN I GET ANYTHING FROM THIS SETTLEMENT?** |
|---|
| No. If you exclude yourself from the Settlement you: (1) will not be able to get a payment from this Settlement; (2) will not be legally bound by the Court's judgments; and (3) will keep any rights you may have to sue Kashi Company for the legal claims included in this lawsuit and resolved by this Settlement. |

## OBJECTING TO THE SETTLEMENT

| |
|---|
| **15. HOW DO I OBJECT TO THE SETTLEMENT?** |
| If you are a Class Member and do not exclude yourself, you can object to the Settlement or some part of it. The Court will consider your views before making a decision.<br><br>If you want to object, you must submit your objection in writing to the Court.  Your objection must include: (1) The case name and number of the lawsuit.  The case name and number of the Kashi Lawsuit is *Garcia v. Kashi Company*, Case No. 12-21678-CIV-LENARD/GOODMAN; (2) Your name and address; (3) Your signature (your lawyer's signature is not sufficient); (4) If you are represented by a lawyer, the name, address and telephone number of that lawyer, including any current or former counsel who may be entitled to compensation for any reason related to the objection; (5) All grounds for the objection, accompanied by any legal support known to the objecting Class Member or his or her counsel; (6) A statement confirming whether the objecting Class Member or any counsel representing the objecting Class Member intends to ask the Court for permission to personally appear and/or testify at the Settlement Hearing; and, (7) A list of any persons who may be called to testify at the Final Approval Hearing in support of the objection.<br><br>**You must submit your written objection to the Court** postmarked no later than December 28, 2015, or as the Court directs, sent to Clerk of the Court, United States District Court Southern District of Florida, U.S. Courthouse, 400 North Miami Avenue, Miami, FL 33128. You must also send a copy of your written objection to :<br><br>      <u>Class Counsel</u>                          <u>Kashi's Counsel</u><br><br>      Mark A. Milstein                       Dean N. Panos<br>      Gillian L. Wade                        JENNER & BLOCK LLP<br>      Sara D. Avila                          353 N. Clark Street<br>      MILSTEIN ADELMAN LLP          Chicago, IL 60654-3456<br>      2800 Donald Douglas Loop North  Telephone: 312/222-9350<br>      Santa Monica, CA 90405<br>      Telephone: (310) 396-9600<br><br>      All written submissions must be postmarked no later than **December 28, 2015** or your submission will not be considered. |

## THE COURT'S FINAL APPROVAL HEARING

| **16. THE HEARING TO DECIDE WHETHER TO APPROVE THE SETTLEMENT.** |
|---|
| The Court has scheduled a Settlement Hearing for the Kashi All Natural Food Products Class Action Settlement at 2:30 p.m. on January 27, 2016.  The hearing will be held in the United States District Court, Southern District of Florida, U.S. Courthouse, 400 North Miami Avenue, Miami, FL 33128-1810 in Courtroom 12-1 of the Honorable Joan A. Lenard.  The hearing may be moved to a different date or time without additional notice, so please check www.allnaturalsettlement.com or call 1-877-342-0808 for updates. <br><br> At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. If there are objections, the Court will consider them. The Court will also consider how much the lawyers representing Class Members should be paid and if the Class Representative and other Plaintiffs should receive Service Awards. After the hearing, the Court will decide whether to grant final approval of the Settlement. We do not know how long these decisions will take. |

| **17. DO I HAVE TO COME TO THE HEARING?** |
|---|
| No. Class Counsel will answer any questions the Court may have. But, you are welcome to come at your own expense. If you send in an objection, you do not have to come to Court to talk about it. As long as you mail your written objection on time, the Court will consider it. You may also pay another lawyer to attend, but it is not required. |

| **18. MAY I SPEAK AT THE HEARING?** |
|---|
| Yes. You may ask the Court to speak at the Final Approval Hearing. To do so, you must include a statement confirming whether you or your lawyer intend to ask the Court for permission to argue or comment at the Fairness Hearing with your objection (*see* Question 15). You must provide copies of any documents you intend to rely upon, including the names and addresses of any witnesses who will appear at the Fairness Hearing, and the name of any counsel representing you as an objector. |

## GETTING MORE INFORMATION

| 19. WHERE DO I GET MORE INFORMATION? |
| --- |
| This Notice summarizes the Settlement. More details are in the Stipulation of Settlement. You can get a copy of the Stipulation of Settlement, Claim Form and other information at www.allnaturalsettlement.com. You may also write with questions to Kashi All Natural Food Products Class Action Settlement Administrator, c/o Digital Settlement Group, LLC, P.O. Box 1571, West Palm Beach, FL 33402, or by calling the toll free number, 1-877-342-0808.<br><br>Complete copies of the pleadings and other documents filed in the Litigation may be examined and copied during regular office hours at the Clerk of the Court, United States District Court, Southern District of Florida, U.S. Courthouse, 400 North Miami Avenue, Miami, FL 33128-1810.<br><br>**PLEASE DO NOT CALL OR WRITE KASHI OR THE COURT FOR ADDITIONAL INFORMATION OR ADVICE**. |


**Appendix E – Claim Form**

This page intentionally blank, so the Claim Form appears more closely to the way it appeared to the public.

**EXHIBIT A CLAIM FORM**

# KASHI SETTLEMENT CLAIM FORM

If you wish to make a claim to receive monetary compensation as described in the Stipulation of Settlement, you must submit this Claim Form to the Class Action Settlement Administrator, either by completing and submitting it online at www.allnaturalsettlement.com or by printing it, completing it, and mailing it to Digital Settlement Group, LLC, P.O. Box 1571,West Palm Beach, FL 33402. The Claim Form must be completed, verified and submitted online OR completed, signed, and postmarked on or before January 19, 2016 for it to be valid.

To qualify for monetary compensation, you must not be a California resident and must have purchased for personal or household use, the All Natural / Nothing Artificial Food Products listed in Exhibit H to the Kashi Stipulation of Settlement (available at www.allnaturalsettlement.com) between May 3, 2008 and September 4, 2015. Officers, directors, and employees of Defendant are not eligible to receive monetary compensation. A complete definition of the class qualifications is provided in the Stipulation of Settlement, which is available at www.allnaturalsettlement.com.

There is a limit of one Claim Form per person, and, if you do not have a receipt evidencing purchase, there is a limit of $27.50 per household. If you do have receipts evidencing purchases, there is no limit for those items. The total monetary amount you receive, however, may increase or decrease depending upon the number of valid claims made. Claim Forms must be submitted online at www.allnaturalsettlement.com or mailed to Digital Settlement Group, LLC, P.O. Box 1571, West Palm Beach, FL 33402.

**Please provide the following required information:**
**Claimant Information**

_____        (_____)_____

Your Name (First, MI, Last)                                         Daytime Phone

_____        _____

Current Street Address                                               Apartment/Unit

_____        _____    _____

City                                                                          State                                  Zip

**Qualification Information**

Please check one of the following boxes below and provide the number of purchases in the space provided:

☐  I do not have a receipt evidencing purchase.

- Please provide the number of packages of the Kashi All Natural/ Nothing Artificial Food Products listed in Exhibit H to the Stipulation of Settlement between May 3, 2008 through September 4, 2015:_____

☐  I have receipts evidencing purchase.

- Please provide store receipts and the number of packages of the Kashi All Natural/ Nothing Artificial Food Products listed in Exhibit H to the Stipulation of Settlement between May 3, 2008 through September 4, 2015:_____

**CERTIFICATION**
**Please read, date, and sign or verify the statement below [required for all claims].**
I hereby certify under oath that the information provided on this Claim Form is true and correct and that I am not a California resident and did in fact purchase between May 3, 2008 through September 4, 2015 each package of the Kashi Food Product(s) for which I am here seeking reimbursement.

Signed: _____        Dated: _____

(mm/dd/yyyy):

Submit or postmark this Claim Form on or before January 19, 2016, or your claim for payment will be rejected.