UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

FILED by PG D.C.

DEC 29 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S. D. of FLA. - MIAMI

LAURA EGGNATZ and KATRINA GARCIA,

individually, and on behalf of all others similarly situated,

                                      Case No.: 12-21678-CIV

                                      - LENARD/GOODMAN

*Plaintiffs*,

vs.

KASHI COMPANY, a California Corporation,

*Defendants.*

_____/

## OBJECTION OF PATRICK S. SWEENEY TO PROPOSED SETTLEMENT AND NOTICE OF INTENT TO APPEAR

NOW COMES, Pro Se Objector PATRICK S. SWEENEY, hereby files these objections to the proposed settlement in this matter (the "Objections").

### PROOF OF MEMBERSHIP IN CLASS

Upon information and belief Patrick S. Sweeney believes that he is a member of the class as defined in that certain Notice of Class Action Settlement which is undated. He intends to file a claim in this matter on or before January 19, 2016. His address and telephone number are listed at the conclusion of this objection.

### NOTICE OF INTENT TO APPEAR

Objector hereby gives notice that he does not intend to appear at the Fairness Hearing presently scheduled for January 27, 2016 at 2:30 p.m. EST before Honorable Joan A. Lenard

1

at the United States Courthouse, Courtroom 12-1, 400 North Miami Avenue, Miami, FL 33128.

## I.

### Reason for Objecting to Settlement:

For the following reasons, inter alia, the Settlement Agreement is not fair, reasonable and adequate.

1. Claims administration process fails to require reliable oversight, accountability, and reporting about whether the claims process actually delivers what was promised.

2. Timeframes and deadlines benefit Defendants and Class Counsel, but not Class Members; No timeframe for completing administration of the Monetary Relief is set, so Class Members cannot know when payment would arrive.

3. No amount of attorney fees is to be withheld to assure Class Counsel's continuing oversight and involvement in implementing settlement.

4. Attorney fees do not depend upon how much relief is actually paid to the Class Members.

5. The fee calculation is unfair in that the percentage of the settlement amount is far too high. The Class may receive as little as $2,000,000.00 while the attorney's fees are fixed at $1,500,000.00. Therefore, the attorney fees are disproportionate to the value of the Recovery of the Class.

6. Fee request is not reasonable in the absence of documentation, including billing records, which can be evaluated by Class Members and the Court.

7. Notice is inadequate in that no alleged violated statutes are referenced, no briefing schedule is included and that an objector's only remedy is to write a letter setting forth Objections.

8. The Settlement Agreement lacks critical information which must be determined before final approval, such as where unclaimed funds will go.

The objector herein hereby adopts and joins in all other objections which are based on sufficient precedent and theories of equity and law in this case and hereby incorporates said objections by reference as if they were fully described herein.

## II.

## **CONCLUSION**

**WHEREFORE**, This Objector, for the foregoing reasons, respectfully requests that the Court, upon proper hearing:

1. Sustain these Objections;

2. Enter such Orders as are necessary and just to adjudicate these Objections and to alleviate the inherent unfairness, inadequacies and unreasonableness of the proposed settlement.

3. Award an incentive fee to this Objector for her role in improving the Settlement, if applicable.

Dated:   December 22, 2015,       By: _____
                                  Patrick S. Sweeney, Pro Se
                                  2590 Richardson Street
                                  Madison, WI 53711
                                  Telephone: (310-339-0548
                                  Facsimile: (561)395-9093

Email:patrickshanesweeney@gmail.com


## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2015, I filed the foregoing with the Clerk of the Court of the United States District Court for the Southern District of Florida and to Class Counsel and Defense Counsel at the addresses set forth below via U.S. First Class Mail.

By: _____
Patrick S. Sweeney, Pro Se
2590 Richardson Street
Madison, WI

Clerk of Courts
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

Class Counsel

Mark A. Milstein
Gillian L. Wade
Sara D. Avila

3

MILSTEIN ADELMAN, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405

Defendant's Counsel
Dean K. Panos
JENNER & BLOCK, LLP
353 N. Clark Street
Chicago, Illinois 60654-2456