# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-21678-CIV-LENARD/GOODMAN

LAURA EGGNATZ and KATRINA GARCIA,
individually, and on behalf of all others similarly situated,

   *Plaintiffs*,

  vs.

KASHI COMPANY, a California
Corporation,

   *Defendants.*
_____/

## SUPPLEMENTAL DECLARATION OF MARK SCHEY
## REGARDING CLAIMS STATISTICS
## <u>FOLLOWING THE CLOSE OF THE CLAIMS PERIOD</u>

I, MARK SCHEY, declare:

1. I am a founding partner of Digital Settlement Group, LLC ("DSG"), a company that provides class action notice and claims administration. DSG was appointed the Settlement Class Notice and Claims Administrator in the above-referenced action. The following statements are based on my personal knowledge and information provided by other DSG principals and employees working under my supervision, and if called upon to do so, I could and would testify competently about these issues.

2. This purpose of this Declaration is to provide updated statistics following the close of the claims period and in advance of the Settlement Hearing.

## Settlement Web Site

3. As of January 25, 2016, the Settlement Web site has received a total of 214,540 unique visitors, comprised of 3,089,531 hits to the web server.

## Claims Update

4. As of January 25, 2016, there have been no additional objections received. To date, DSG has not received any opt-outs and has been notified of two objections.

5. As of January 25, 2016, DSG has received 129,204 total claims via web and through the mail. A total of 671 have sent some form of proof of purchase and 128,533 do not have any proof of purchase.

6. DSG has conducted preliminary calculations of claims in accordance with Section IV(A)(1) of the Agreement. Currently, the total claim amount is estimated at $1,255,239.

7. DSG is in the process of notifying approximately 4,153 individuals that their claims need to be modified (e.g. exceeded their household maximum of fifty Products). A total of 753 follow-up notices are being sent to individuals suspected of potential fraud or because their claim forms

were incomplete in some way. These 4,906 claims are currently included in the total claim amount calculations and will be removed if we do not receive a response.

8. DSG has received 9,953 claims from California and 13 from outside the United States. None of these claims are eligible to participate in the Action and have not been included in the reporting to date.

9. DSG's online claims facility continues to receive paper claims that may have been postmarked before the deadline.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: January 25, 2016

Mark Schey