UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21678-CIV-LENARD/GOODMAN

**KATRINA GARCIA, LAURA
EGGNATZ, and JULIE MARTIN,
individually, and on behalf of all
others similarly situated,**

   Plaintiffs,

v.

**KASHI COMPANY, a California
Corporation, and THE KELLOGG
COMPANY, a Michigan Corporation,**

   Defendants.

_____/

## ORDER SUPPLEMENTING FINAL JUDGMENT AND ORDER OF DISMISSAL (D.E. 196)

   **THIS CAUSE** is before the Court on Plaintiffs' Unopposed Motion to

Supplement the Final Judgment and Order of Dismissal, ("Motion," D.E. 198), filed

February 3, 2016.  The Parties request that the Court supplement its Final Judgment and

Order of Dismissal with Exhibits referenced therein but not attached thereto.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiffs' Motion is **GRANTED**

and the Court's Final Judgment and Order of Dismissal is hereby **SUPPLEMENTED**

with the attached Exhibits:

- Exhibit A: The Parties Stipulation of Settlement

- Exhibit B: Mark Schey's Affidavit of No Opt-Outs

- Exhibit C: Notice of Class Action Settlement

- <u>Exhibit D</u>: Publication Notice of Class Action Settlement.

**DONE AND ORDERED** in Chambers at Miami, Florida this 4th day of February, 2016.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**

2