# EXHIBIT B

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-21678-CIV-LENARD/GOODMAN

LAURA EGGNATZ and KATRINA GARCIA,
individually, and on behalf of all others similarly situated,

    *Plaintiffs*,

  vs.

KASHI COMPANY, a California
Corporation,

    *Defendant.*
_____/

**AFFADAVIT OF NO OPT-OUTS**

I, MARK SCHEY, declare:

1. I am a founding partner of Digital Settlement Group, LLC ("DSG"), a company that provides class action notice and claims administration. The following statements are based on my personal knowledge and information provided by other DSG principals and employees working under my supervision, and if called upon to do so, I could and would testify competently about these issues.

2. This Affadavit is made at the Court's request. (D.E. 197).

3. As stated in my January 25, 2016 Supplemental Declaration Regarding Claims Statistics Following the Close of the Claims Period (D.E. 194), the deadline to opt-out of the Settlement was December 28, 2015 and there have been no opt-outs to the Settlement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 2, 2016

_____
Mark Schey