# EXHIBIT D

## IF YOU PURCHASED CERTAIN KASHI PRODUCTS YOU MAY BE PART OF A CLASS ACTION SETTLEMENT

PARA UNA NOTIFICACIÓN EN ESPAÑOL, LLAMAR O VISITAR allnaturalsettlement.com

If you purchased certain Kashi products between May 3, 2008 and September 4, 2015 and are not a California resident, you may be part of a class action settlement. Your legal rights may be affected by a settlement and you may be entitled to a cash refund of up to $27.50 without proof of purchase or for the full cost of your purchase if you have proof of purchase. The amount you ultimately receive may increase or decrease depending on the number of valid claims. This notice is only a summary. For more complete information, and a list of all products covered by this settlement, please read the full notice by visiting allnaturalsettlement.com, by writing to the address at the bottom of this notice, or by calling toll free (877) 342-0808.

### WHAT ARE MY LEGAL RIGHTS

If you wish to remain a member of the class, you do not have to do anything. To receive a refund from the class action settlement, you must file a claim. If you remain a member of the class and the Court approves the proposed settlement, you will be bound by all of the Court's orders. Thereafter class members will not be able to make any further claims against Kashi for the products covered by the settlement. If you remain a member of the class you may object to the terms of the settlement by December 28, 2015.

If you wish to submit a claim, visit allnaturalsettlement.com and follow the instructions. All claims must be submitted online or postmarked no later than January 19, 2016.

If you do not wish to remain a member of the class, you must submit a letter to the settlement administrator at the address below postmarked by December 28, 2015. If you request to be excluded from the settlement class, you cannot object or submit a claim form.

**KASHI SETTLEMENT
C/O CLAIMS ADMINISTRATOR
P.O. BOX 1871
WEST PALM BEACH, FL 33402**

## IF YOU PURCHASED CERTAIN KASHI PRODUCTS YOU MAY BE PART OF A CLASS ACTION SETTLEMENT

PARA UNA NOTIFICACIÓN EN ESPAÑOL, LLAMAR O VISITAR allnaturalsettlement.com

If you purchased certain Kashi products between May 3, 2008 and September 4, 2015 and are not a California resident, you may be part of a class action settlement. Your legal rights may be affected by a settlement and you may be entitled to a cash refund of up to $27.50 without proof of purchase or for the full cost of your purchase if you have proof of purchase. The amount you ultimately receive may increase or decrease depending on the number of valid claims. This notice is only a summary. For more complete information, and a list of all products covered by this settlement, please read the full notice by visiting allnaturalsettlement.com, by writing to the address at the bottom of this notice, or by calling toll free (877) 342-0808.

### WHAT ARE MY LEGAL RIGHTS

If you wish to remain a member of the class, you do not have to do anything. To receive a refund from the class action settlement, you must file a claim. If you remain a member of the class and the Court approves the proposed settlement, you will be bound by all of the Court's orders. Thereafter class members will not be able to make any further claims against Kashi for the products covered by the settlement. If you remain a member of the class you may object to the terms of the settlement by December 28, 2015.

If you wish to submit a claim, visit allnaturalsettlement.com and follow the instructions. All claims must be submitted online or postmarked no later than January 19, 2016.

If you do not wish to remain a member of the class, you must submit a letter to the settlement administrator at the address below postmarked by December 28, 2015. If you request to be excluded from the settlement class, you cannot object or submit a claim form.

**KASHI SETTLEMENT
C/O CLAIMS ADMINISTRATOR
P.O. BOX 1871
WEST PALM BEACH, FL 33402**