UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
FEB 26 2016
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

LAURA EGGNATZ and KATRINA GARCIA,

individually, and on behalf of all others similarly situated,

Case No.: 12-21678-CIV

- LENARD/GOODMAN

*Plaintiffs*,

vs.

KASHI COMPANY, a California Corporation,

*Defendants.*

_____/

# NOTICE OF APPEAL

Notice is hereby given that Pro Se Objector PATRICK S. SWEENEY, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment and Order of Dismissal filed February 1, 2016, as docket entry #196 (see PACER).

Dated: February 25, 2016,    By: _____
Patrick S. Sweeney, Pro Se
2590 Richardson Street
Madison, WI 53711
Telephone: (310-339-0548
Facsimile: (561)395-9093
Email:patrickshanesweeney@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2016, I filed the foregoing with the Clerk of the Court of the United States District Court for the Southern District of Florida and to Class Counsel and Defense Counsel at the addresses set forth below via U.S. First Class Mail. *and email*

*PS*

1

By: _____
Patrick S. Sweeney, Pro Se
2590 Richardson Street
Madison, WI

Clerk of Courts
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

Class Counsel

Mark A. Milstein
Gillian L. Wade
Sara D. Avila
MILSTEIN ADELMAN, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405

Defendant's Counsel
Dean K. Panos
JENNER & BLOCK, LLP
353 N. Clark Street
Chicago, Illinois 60654-2456

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013. All rights reserved.

**PRIORITY MAIL EXPRESS™**
OUR FASTEST SERVICE IN THE U.S.

PRESS FIRMLY TO SEAL
PRESS FIRMLY TO SE[AL]

U.S. POSTAGE
$22.95
PB 1P 000
3656693
EXFL
0007
MAILED FEB 25 2016 53711

EL0659773 73US

**PRIORITY MAIL EXPRESS®**
UNITED STATES POSTAL SERVICE®

CUSTOMER USE ONLY
FROM: (PLEASE PRINT) PHONE ( )

PAYMENT BY ACCOUNT (if applicable)

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT) PHONE ( )

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance Included.

ORIGIN (POSTAL SERVICE USE ONLY)
☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO
PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage
Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | Insurance Fee | COD Fee
Time Accepted ☐ AM ☐ PM | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee
Weight ☐ Flat Rate lbs. ozs. | Sunday/Holiday Premium Fee | Total Postage & Fees
| Acceptance Employee Initials

DELIVERY (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

LABEL 11-B, JANUARY 2014 | PSN 7690-02-000-9996 | 3-ADDRESSEE COPY

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EP13F July 2013  OD: 12.5 x 9.5
PS10001000006

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE


This envelope is made from post-consumer waste. Please recycle - again.