# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

FILED BY __ABM__
Deputy Clerk

**Apr 4, 2016**

STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIA

April 04, 2016

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 16-10854-B
Case Style: Patrick Sweeney v. Kellogg Company, et al
District Court Docket No: 1:12-cv-21678-JAL

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Melanie Gaddis, B
Phone #: (404) 335-6187

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 16-10854-B

PATRICK S. SWEENEY,

                              Interested Party - Appellant,

versus

THE KELLOGG COMPANY,
THE KASHI COMPANY,

                              Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Florida

Before: ROSENBAUM and JILL PRYOR, Circuit Judges.

BY THE COURT:

    Appellant's "Stipulated Motion to Voluntarily Dismiss Appeal," which is construed as an unopposed motion to dismiss the appeal with prejudice, with the parties to bear their own costs and fees on appeal, is GRANTED.